UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:06-cv-22482-HOEVELER

**TELEPATHY, INC.**,

    Plaintiff,

vs.

**PROTECCION S.A.**,

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

The parties, through undersigned counsel, give notice of the settlement of this action. The parties are finalizing their settlement agreement and anticipate filing a joint notice of voluntary dismissal with prejudice within 5 days. The parties request that this matter be administratively closed in the meantime.

| | |
|---|---|
| /s/ Nicholas Felzen | /s/ Matthew J. Meyer |
| Nicholas Felzen | Lewis J. Conwell |
| Florida Bar No. 11145 | Florida Bar No. 813450 |
| nfelzen@yahoo.com | Matthew J. Meyer |
| **ESTAFANO & ASSOCIATES, P.A.** | matthew.meyer@dlapiper.com |
| 9200 Dadeland Boulevard | Florida Bar No. 0116653 |
| Suite 204 | **DLA PIPER US LLP** |
| Miami, Florida 33156 | 101 East Kennedy Boulevard, Suite 2000 |
| Telephone: (305) 607-1310 | Tampa, Florida 33602 |
| Facsimile: | Telephone: (813) 229-2111 |
| **Attorneys for Plaintiff Telepathy, Inc.** | Facsimile: (813) 229-1447 |
| | **Attorneys for Defendant Proteccion, S.A.** |
| | |
| *of counsel* | of *counsel* |
| Aaron W. Knights | R. David Donoghue |
| **Garvey Schubert Barer** | **DLA Piper US LLP** |
| 1000 Potomac Street NW, 5th Floor | 203 North LaSalle Street, Suite 1900 |
| Washington, D.C. 20007-3501 | Chicago, Illinois 60601-1293 |
| Telephone: (202) 965-7880 | Telephone: (312) 368-4000 |
| Facsimile: | Facsimile: (312) 236-7516 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Matthew J. Meyer
Attorney

**SERVICE LIST – CASE NO. 1:06-cv-22482-CIV-HOEVELER**

Aaron W. Knights
aknights@gsblaw.com
Garvey Schubert Barer
1000 Potomac Street NW, 5th Floor
Washington, D.C. 20007-3501
Telephone: 202-965-7880
Attorneys for Plaintiff

Nicholas Felzen
nfelzen@yahoo.com
Estafano & Associates, P.A.
9200 Dadeland Boulevard, Suite 204
Miami, Florida 33156
Telephone: 305-607-1310
Attorneys for Plaintiff